IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02033-MSK-KLM

CHARLES A. BALDWIN,

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the parties' competing **Motions for Entry of a Protective Order** [Docket No. 18; Filed January 11, 2012] and [Docket No. 19; Filed January 13, 2012] (the "Motions"). Pursuant to the Scheduling Order [#16] governing this case, the Motions are premature.  *See* [#16] at 9, ¶ 8(d).  The applicable provision states:

> No opposed discovery motions are to be filed with the Court until the parties comply with D.C.COLO.LCivR 7.1A.  If the parties are unable to reach agreement on a discovery issue after conferring, they shall arrange a telephone hearing with Magistrate Judge Mix regarding this issue.  **Both of these steps must be completed before any contested discovery motions are filed with the Court**.

*Id.* (emphasis added).

     Neither party has arranged a conference call to set a hearing to resolve the instant discovery dispute.  Accordingly,

     IT IS HEREBY **ORDERED** that the Motions are **DENIED WITHOUT PREJUDICE**.

     IT IS FURTHER **ORDERED** that neither party shall file a contested discovery motion until after (1) unsuccessfully conferring with the other party pursuant to D.C.COLO.LCivR 7.1A., and (2) receiving leave from the Court to file the motion.  To inquire about a hearing regarding a discovery dispute, the parties shall initiate a conference call and then, once all parties are on the line, dial the Court at **303-335-2770**.

     Dated:  January 17, 2012