IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02033-MSK-KLM

CHARLES A. BALDWIN,

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Defendant United States' Motion to Amend Expert Witness Disclosure and Rebuttal Expert Witness Disclosure Deadlines** [Docket No. 27; Filed February 8, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered December 12, 2011 [#16] is modified as follows:

- Affirmative Expert Witness Disclosures      **March 13, 2012**
- Rebuttal Expert Witness Disclosures         **April 13, 2012**

All other dates and deadlines remain the same.

Dated:  February 10, 2012