IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02033-MSK-KLM

CHARLES A. BALDWIN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Amend Discovery Cut-Off Date and Dispositive Motion Deadline** [Docket No. 32; Filed March 5, 2012] (the "Motion").  Plaintiff requests extensions of the discovery cutoff and dispositive motion deadlines, which are set at May 12, 2012 and June 13, 2012 respectively, pending the filing of an Answer by Defendant or the resolution of the underlying criminal action, which is currently on appeal.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED AS PREMATURE**.  As stated, the discovery cutoff and dispositive motion deadline are set two months from now.  The Court is not persuaded that good cause exists to impose a three- and four-month extension of these deadlines at this stage of the proceeding.

    To the extent Plaintiff's Motion can be construed, in effect, as a request for a stay pending disposition of the Motion to Dismiss or the underlying criminal action, the Court denies such request for the reasons stated in its Order issued November 1, 2011 [#10], which denied Defendant's Motion to Vacate Scheduling Conference and to Stay Discovery.

    Dated:  March 7, 2012