IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02033-MSK-KLM

CHARLES A. BALDWIN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Amend Discovery Cut-Off Date and Dispositive Motion Deadline** [Docket No. 41; Filed March 30, 2012] (the "Motion").  Plaintiff requests extensions of the discovery cutoff and dispositive motion deadlines, which are set at May 12, 2012 and June 13, 2012 respectively, pending the filing of an Answer by Defendant or the resolution of the underlying criminal action, which is currently on appeal.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.  The Court is not persuaded that good cause exists to impose a three- and four-month extension of these deadlines contingent on events that have not yet occurred, and that will not occur by a date certain.  The effect of granting Plaintiff's request at this early stage of litigation could, in practice, extend the discovery period for far longer than a reasonable time period.  The Court will not impose such a burden on the parties.  Furthermore, Plaintiff makes no showing of the discovery to which he believes he is entitled.  The Court will not set amorphous discovery and dispositive motion deadlines to facilitate a fishing expedition.

    To the extent that Plaintiff's Motion can be construed, in effect, as a request for a stay pending disposition of the Motion to Dismiss or the underlying criminal action, the Court denies such request for the reasons stated in its Order issued November 1, 2011 [#10], which denied Defendant's Motion to Vacate Scheduling Conference and to Stay Discovery.

    Dated:  April 2, 2012