IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02033-MSK-KLM

CHARLES A. BALDWIN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Amend Restirction [sic] on Number of Discovery Requests** [Docket No. 45; Filed April 18, 2012] (the "Motion"). Plaintiff asks the Court for permission to serve twenty Requests for Production, in addition to the requests he has already served, which may exceed the limit stated in the Scheduling Order (twenty-five Requests for Production per side).  *Sched. Ord.*, [#16] at 8.

    IT IS HEREBY **ORDERED** that Plaintiff's Motion is **DENIED WITHOUT PREJUDICE** as premature.  Plaintiff asks the Court to anticipate and potentially bypass the Special Master's adjudication of the number of discovery requests propounded by Plaintiff to date in this lawsuit.  A Scheduling Order may only be modified on a showing of good cause. Fed. R. Civ. P. 16(b)(4).  Plaintiff's speculation as to the Special Master's determination does not constitute good cause.  If the Special Master determines that Plaintiff's discovery requests exceed the limitations stated in the Scheduling Order, Plaintiff may resubmit his motion seeking additional discovery requests to the Court, and he must demonstrate good cause to modify the ordered limits specifically as to each additional proposed discovery request.

    Dated:  April 20, 2012