IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02033-MSK-KLM

CHARLES A. BALDWIN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion to Resign as Special Master** [Docket No. 71; Filed August 24, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#71] is **GRANTED**. The Minute Order making final the Preliminary Order Appointing Special Master for Discovery entered March 15, 2012 [#37] is **VACATED**, and Mr. Neil Peck, Esq. is excused from service as Special Master in this case.

    The Court notes that Mr. Peck's Motion to Compel Payment of Fees [Docket No. 65; Filed July 10, 2012] is ripe for review, Mr. Peck's resignation as Special Master has no bearing on the adjudication of this Motion, and the Court will issue a written order on the Motion in due course.

    IT IS FURTHER **ORDERED** that **Plaintiff's Motion to Revoke Appointment of Secial [sic] Master for Discovery** [Docket No. 69; Filed July 20, 2012] is **DENIED AS MOOT**.

    Dated: August 24, 2012

                                              BY THE COURT:

                                              Kristen L. Mix
                                              United States Magistrate Judge