IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02033-MSK-KLM

CHARLES A. BALDWIN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Expenses Pursuant to Rule 37 Fed. R. Civ. P.** [Docket No. 80; Filed February 19, 2013] (the "Motion"). Plaintiff requests in the Motion that the Court award him expenses pursuant to Fed. R. Civ. P. 37(a)(5) based on a discovery motion he filed that was referred to and subsequently ruled on by the Special Master. [#80] at 2-5; *Order of Special Master* [#50]. This case, however, has been administratively closed since June 15, 2012, and Plaintiff's Objection to the Order of the Special Master [#51] was terminated. *See* [#62]. The Court will not adjudicate any discovery dispute, including a Rule 37 request for expenses related to a discovery dispute, unless and until the lawsuit is reopened by an Order of the Court. No further pleadings shall be filed unless and until the case is reopened. Accordingly,

    IT IS HEREBY ORDERED that the Motion [#80] is **DENIED WITHOUT PREJUDICE**. Plaintiff may re-file the Motion when and if the case is reopened.

    Dated: March 19, 2013